IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:02-CR-134-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MACLEVADER SMITH, ) | |
| ) | |
| Defendant. ) | |

This matter came before the court for a show cause hearing on August 2, 2016. Defendant MacLevader Smith appeared *pro se*. Joshua B. Royster appeared on behalf of the Government. Mr. Royster advised that the parties discussed Defendant's obligations pursuant to the Subpoena to Testify at a Deposition in a Civil Action ("Subpoena") [DE 5-1] and requested Defendant be allowed additional time to comply therewith.

The premises considered, it is hereby ORDERED as follows:

(1) The Government's request is ALLOWED;

(2) If Defendant fails to comply with the Supboena **no later than August 26, 2016**, Defendant shall appear before this court at ten o'clock on August 29, 2016 in Wilmington, North Carolina to show cause why he should not be held in contempt; and

(3) In the event Defendant timely complies with the Supboena, the Government shall advise the Clerk's office of the same.

SO ORDERED.

This the 4 day of August, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge